MAtthew V. FoIEY JR #220414006
Name and Prisoner/Booking Number

Pima County jail
Place of Confinement

P.O. BOX 951
Mailing Address

Tucson, AZ. 85702
City, State, Zip Code

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 4 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

MAtthew V. FoIEY JR,
(Full Name of Plaintiff)
    Plaintiff,

vs.

(1) MAtthew Knight,
(Full Name of Defendant)
(2) oFFiceR #101856 BARTON, JASON,
(3) oFFiceR #43007, TROY, WALIEN,
(4) APRil BociAN,
    Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-22-419-TUC-JAS(PSOT)
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
JURY TRIAL DEMANDED

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: BANNER UNiVERSitY Medical CENTER - Tucson, ARiZONA

2. Institution/city where violation occurred: UMC-HospiIAl-Tucson, ARiZONA

550/555

## B. DEFENDANTS

1. Name of first Defendant: **MAtthew KNIGht**. The first Defendant is employed as: **UMC-Hospital-Security SupeRVIsoR** (Position and Title) at **BANNeR UNIVeRSITY MEdical CENTER** (Institution)

2. Name of second Defendant: **JASON, BARTON**. The second Defendant is employed as: **officeR #101856 - Tucson Police officer** (Position and Title) at **Tucson Police DEPARTMENT** (Institution)

3. Name of third Defendant: **TROY WAllEN**. The third Defendant is employed as: **DETECTIVE officeR #43007** (Position and Title) at **TUCSON Police DePARTment** (Institution)

4. Name of fourth Defendant: **APRil BoclAN**. The fourth Defendant is employed as: **EMeRGeNCY Room StAFF** (Position and Title) at **UNiveRsity Medical CenteR-BANNeR** (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Under THE U.S. Const. Amend Fourth Amendment NO WARRANT, illegal SEIZURE of Evidence / FALSE EVIDENCE

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: illegal SEARChes and SEIZURES MUNicipe and SUPERVISOR Liability

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON THE Night of 4-14-2022 I the Plaintiff MATHEW V. FOLEY JR. Called 911 and WAS TRANSPORTED by Ambulance and Medics to BANNER Main ER. and WAS Admitted as a PATient waiting For a BED. Treatment For chest Pain and MENTAL illness Stabilizing, URGENT immediate EVALUATION As I WAS waiting in the ER. Room I went outside the ER. Room, Front office, PARKing Lot AREA to smoke MARijuana and a cigarette and the Hospital Security Pulled out his GUN and cocked back it I became immediately iN FEAR of My Life, THE Tucson Police WAS called and I WAS Falsely ARRested on RACIAl Profiling, False charges, FALSE EVIDENCE Violation of Civil Rights No Subpoena No WARRANT to copy UMC Hospital Surveillance video footage UNLAWFUL entry NO WARRANT unauthorized / UNWARRATED INTRUSION, illegal - AlTERCATion of Video Footage by Security Supervisor, MAttHew Knight Allowing TPD officer use, his Personal cellphone to copy Hospital Video with out A Subpoena, No WARRANT Thats Tempering with EVIDENCE iN a on going Police, investigation, Which deprive ME of my Right to Due PROCESS and Suppress Exculpatory EVIDENCE, and Fourth Amendment Rights, Negligence, Liability, Falsely initiating A CRIMINAL Proceeding against Me, Mr Foley, Allowed AlTERCATION of Evidence - Fourth Amendment - Violations

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Constitution Fourteeth Amendments Deprivation of equal Protection, Reckless disregard For the Truth FALSE inPrisonment Malicious Prosecution, indominification INFliction Emotional MENTAL FALSE Allegations with out Probable cause, Discriminatory, differential treatment distres Anqush - Racial and MENTAL HEAlth Discrimination, Constitutional Rights under color LAW Pain and suffering MENTAL EMOTIONAL DISTRESS, Abuse.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SEEKing - LAWSuit COURT - Relief - Financial Standing

## COUNT II

1. State the constitutional or other federal civil right that was violated: **Illegal Alteration of Evidence, Fabrication of video Evidence, Tempering with Evidence, Fourteenth Amendments No WARRANT Violations**

2. Count II. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On the night of 4-14-2022, officer #101856, JASON BARTON of the Tucson Police Department violated my Fourteenth Amendment Rights by illegally Deprivation of civil Rights, Gross Negligence, officer Misconduct, officer BARTON used his personal cellphone to illegally copy UMC-Hospital Survelliance video footage. NO Subpoena, NO WARRANT, total disregard of Contrary Evidence, initiating a criminal proceeding against, Plaintiff MR. FOLEY, was erroneously charged intentional Infliction of Emotional distress, Mental Health Discriminatory and Differential treatment, officer BARTON, Misconduct Reckless disregard for the Truth, Tempering with Evidence, Racial Profiling Mental Discrimination - willing and knowing Abuse, his UNAuthorized UNWARRATED intrusion and illegal Seizure of Video Footage as Evidence against Plaintiff MR. Foley officer BARTON write FAlse Statements in his Police Reports committed - PERJURY, Abuse of Authority, Abuse of Power, Negligence and Premises liability, officer Misconduct Unbecoming UNofficer officer #BARTON illegal WARRANTLESS Misconduct illegal Seized Video Footage is illegally Government Active and a Violation of Plaintiff's MR. FOLEY civil Rights Deprivation of Privileges or Immunities Secured by The Constitution, Mental illness Mistreatment, Emotional Distress, Pain and suffering

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Civil Rights - Violations - Fourteenth Amendments Rights Protection of Liberty and property, FAlsely Detained by officers FAlSE Arrest, FAlSE - Racial Profiling, Mental Anguish, FAlse Imprisonment, WARRANTLESS Seizure, Negligence officer Allowed - Alteration of Evidence, FAlse Police Report, He committed - PERJURY

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **Lawsuit Seeking Relief From Courts**

## COUNT III

1. State the constitutional or other federal civil right that was violated: **Medical MAlPRACTice Negligent, Staff Misconduct, Refuse to treat MENTAl Health Discrimination Emotional Distress, MENTAl Angush, Pain and Suffering**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Under THE EMTALA Phohibits Hospital EMERGENCY RooMs From Refusing to treat indigent or discharging Patients with out First Stabilizing their condition on 4-14-2022 APRil BociAN WAS WoRKing IN the eMeRGency Room at BANNeR UNiveRSity Medical CeNTeR with her co-WoRKeR Charlotte WAltoN wheN she Admitted, Plaintiff, MR. Foley in to the ER office as a MENTAl PAtient seeking Treatment For his MENTAl illNess immediate EvAluAtion and Stabilizing, Hospital staff April Bocian, Observed, PlaiNtiff MAtthew V. Foley Walking ARound the lobby of the ER Room Acting STRANGe suffering from His MENTAl illNess and April Bocian, Failure to suMMon Medical CARe immediately shows her very UNProfessional Misconduct and Negligence, Reckless disRegard For treatment of MENTAlly illness Suffering PAtients and TOTAl DisRegARD To ARizona State Law - WElFARe and institutions - VioLATIONS MENTAl HeAlth DiscRimiNAtioN Medical staff Misconduct Negligence, - LiAbility And on 4-14-2022, Detective #43007 TRoy WAlleN of THE TucSON Police DePARtMent allowed his officers to UNlAwful, No WARRANT copy Video Footage at UMC Hospital Violation of Plaintiff MR. Foley Constitution Rights Illegal Significant Evidence

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Legal Standard Discovery Evidence SpoliAtion is the Destruction or the Significant Alteration of evidence or the Failure to Preserve Property For anothers use as evidence in use as pending Reasonable Foreseeable litiGATION Malicious False ARRest False INPRisonMent infliction Emotional Distress Abuse Tempering with Evidence, MENTAl Abuse, Pain and SuFFeRing

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **Seeking Lawsuit Relief From Courts**

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

"Claim Relief Financial Standing"

State the relief you are seeking:
Compensation for Deprivation of Civil Rights Violated their Constitutional Rights, Pain and Suffering Mental Anguish, Mental Abuse, Attorney Fees, Lawsuit court cost Fees False Imprisonment Fees Lost of Wages, Emotional Disstress cost Deprivation of Family and Friends, Home, Car, New clothes, Medical Marijuana, Miss Job Proper Medical Treatment, clean and Sober Life Style Mental Health Treatment Cost Attorney Legal Team Fees, Protection of Rights section 1983 Actions Provides a cause of Legal Action to be Taken in Court For Deprivation of Any Rights Privileges or Immunites secured by the constitution. And Laws of USA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-12-2022
DATE

Matthew Y. Foley Jr
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.